IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| **ANDREW KING,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:19cv992 |
| ) | Electronic Filing |
| **ARRESTING OFFICER VINCENT DICENZOIII, COUNTY OF ALLEGHENY, NORTH VERSAILLES TOWNSHIP,** ) ) ) ) | |
| ) | |
| Defendants**,** | |

## ORDER OF COURT

AND NOW, this 15th day of October, 2021, upon due consideration of defendant Allegheny County's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and after *de novo* review of the record, IT IS ORDERED that [66] the motion be, and the same hereby is, GRANTED.  The County of Allegheny is dismissed from this case with prejudice. The [71] Magistrate Judge's Report and Recommendation of September 8, 2021, is adopted as the opinion of the court.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc: Louis K. Kroeck, IV, Esquire
 Dennis R. Biondo, Jr., Esquire
 Charles H. Saul, Esquire
 Kyle T. McGee, Esquire

 *(Via CM/ECF Electronic Mail)*