IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| ANDREW KING, | ) | |
| | ) | |
| Plaintiff, | ) | 2:19-CV-00992-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| ARRESTING OFFICER VINCENT DICENZOIII, NORTH VERSAILLES TOWNSHIP, | ) ) ) | |

Defendants,

**HEARING MEMO/MINUTE ENTRY**

**Hearing Date:** March 9, 2022
**Time:** 10:00 a.m. – 10:10 a.m.
**Type of Conference:** Mid-Discovery Status Conference
**Reporter:** none
**Deputy Clerk/Law Clerk:** Katie Grimm (catherine_grimm@pawd.uscourts.gov); Michelle Markowitz (Michelle_Markowitz@pawd.uscourts.gov)

**Counsel For Plaintiff(s)**
Louis J. Kroeck , IV

**Counsel For Defendant(s)**
Charles H. Saul

**Orders, Remarks, Instructions**

- Due to a parallel case in West Virginia currently being on appeal to the Fourth Circuit, in the interest of judicial efficiency, and with agreement of the parties, IT IS ORDERED that this case is STAYED and administratively closed pending the resolution of said appeal.

- Once the appeal is resolved, the parties shall file a joint status report with the Court, and the Court will schedule a status conference. At that status conference, the Court will enter a new case management order if necessary.